**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                          |     |                             |
|------------------------------------------|-----|-----------------------------|
| AHMED ADNAN MOHAMMAD AHJAM (ISN 326),    | )   |                             |
|                                          | )   |                             |
| Petitioner,                              | )   |                             |
|                                          | )   |                             |
| v.                                       | )   | Civil Action No. 09-745 (RCL) |
|                                          | )   |                             |
| BARACK OBAMA, *et al.*                   | )   |                             |
|                                          | )   |                             |
| Respondents.                             | )   |                             |

## [PROPOSED] ORDER

Upon consideration of Respondent's Unopposed Motion for Extension of Time, it is:

ORDERED that the response deadline for Petitioner's Sealed Motion of June 21, 2013, dkt. no. 1717, shall be set for July 12, 2013, *nunc pro tunc*.

So ordered on this ___ day of _July_ 2013.

_____
United States District Judge